JOHN F. McINTYRE, JR., ESQ., SB No. 172128
KEVIN R. ELLIOTT, ESQ., SB No. 276295
SHEA & McINTYRE, A.P.C.
2166 The Alameda
San Jose, CA 95126-1144
(408) 298-6611
(408) 275-0814 Facsimile

Attorneys for Plaintiff,
PETER VERCIO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER VERCIO, | Case No. 3:16-CV-01349-JSC |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| REVL, INC., a corporation; ERIC SANCHEZ, and individual; AND DOES 1 to 25, INCLUSIVE, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

TO THE COURT, ADR CLERK, AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE, that plaintiff and counter-defendant Peter Vercio, defendant and counter-claimant REVL, Inc., and defendant Eric Sanchez though respective counsel of record, have engaged in settlement negotiations with respect to this litigation and believe that they have reached a settlement agreement in principal.  The parties are in the process of preparing a written settlement agreement and request the case management conference currently scheduled for June 16, 2016 in this matter be continued for about 45 days to allow for the parties to finalize their agreement.  The parties also request that the ADR Phone Conference scheduled for June 14, 2016 at 2:30 p.m. be taken off calendar at this time or postponed for about 30 to 45 days.

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1
NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Dated: June 13, 2016                              SHEA & McINTYRE, A.P.C.

                                                  By: _____/s/_____
                                                      JOHN F. McINTYRE, JR.,
                                                      KEVIN R. ELLIOTT, Attorneys for
                                                      Plaintiff PETER VERCIO

Dated: June 13, 2016                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                  By: _____/s/_____
                                                      MICHAEL D. WEIL,
                                                      KIMPO NGOI, Attorneys for
                                                      Defendants REVL, INC. and ERIC SANCHEZ

Y:\v\Vercio\Pleadings\Notice of Settlement.wpd

The case management conference is continued to August 11, 2016 at 1:30 p.m. and a joint case management conference statement or a stipulation of dismissal shall be filed seven days prior to the conference.

Dated: June 15, 2016

**GRANTED**
/s/ Jacqueline Scott Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

2
NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE